In The United States District Court For The District of Columbia

Keith Russell Judd For President of USA

vs.

United States of America, Respondent

No. 05-CV-1152

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

JUL 1 4 2005

RECEIVED

## Amended Notice of Appeal

Petitioner, Judd, ProSe, hereby amends his notice of appeal of the June 9, 2005, order on Independent Action under Fed. R. Civ. P. Rule 60(b), for Relief From a Judgment in a 28 USC § 2255 proceeding. See Gonzales v. Crosby, No. 04-6432, decided June 23, 2005, Supreme Court held that a Rule 60(b) Motion is not a Successive Habeas. Mayle v. Felix, No. 04-563, decided June 23, 2005, Supreme Court, Amended Habeas Petition can Relate-Back, Fed. R. Civ. P. Rule 15(c), Rules Enabling Act, 28 USC § 2072(b), all laws in conflict with such rules shall be of no further force or effect.

Date: July 10, 2005

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551