In The United States District Court For The District of Columbia

Keith Russell Judd For President of USA, Petitioner

v.

United States of America, Respondent,

No. 05-CV-1152 UNA

Motion For Relief From Judgment

Petitioner, Judd, Prose, hereby asks motion for relief from the June 9, 2005, Judgment, under Fed.R.Civ.P. Rule 60(b).

This is an Independent Action, under Fed.R.Civ.P. Rule 60(b) for relief from the jurisdictionally defective 28 U.S.C. § 2255 Judgment. Gonzales v. Crosby, 125 S.Ct. 2641 (2005).

Since I am only attacking the civil 2255 Judgment, this Court has jurisdiction. See Judd v. USDC/WD Tx, et al., No. 05-CV-0780, proving no other remedy available.

Date: August 9, 2005
www.vote-smart.org

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551