UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEITH RUSSELL JUDD,            )
                               )
       Plaintiff,              )
                               )
v.                             )   Civil Action No. 05-1152
                               )
UNITED STATES OF AMERICA, *et al.*,  )
                               )
       Defendants.             )

### ORDER

It is hereby

ORDERED that petitioner's motion for relief from judgment is DENIED.

SO ORDERED.

Date: Aug. 19, 2005

_Gladys Kessler_
United States District Judge