IN THE UNITED STATES DISTRICT COURT FOR *District of Columbia*

Keith Russell Judd For President of USA, Petitioner-Appellant,

v.                                                    No. 05-CV-1152 UNA

United States of America, Respondent-Appellee.

## CERTIFICATE OF APPEALABILITY

Petitioner, Judd, Pro Se, hereby submits a Certificate of Appealability for this Independent Action under Fed.R.Civ.P., Rule 60(b), See, Gonzales v. Crosby, 125 S.Ct. 2641 (2005)(Rule 60(b) Motion not successive if attacking Habeas Judgment).

As an Independent Action only attacking 28 U.S.C. § 2255 Judgment for lack of jurisdiction, this action is not asking for habeas corpus relief, and therefore does not require a Certificate of Appealability under 28 U.S.C. § 2253. This Court has both subject matter jurisdiction and personal jurisdiction for an Independent Action.

The United States District Court For The Western District of Texas is prohibited from deciding any case to which I am a party. See, Judd v. USDCWDTx, et al., D.D.C. No. 05-CV-0780, pending. In addition, the Western District of Texas refuses to file anything from me. See attached February 8, 2005, letter from Robert Junell, U.S. District Judge, Texas. See attached BOP Remedy No. 323581-F1, seizure of all funds for court.

There is no federal conviction. See, Fed.R.Crim.P., Rule 36, Clerical Error. Proof of a prior conviction is determined under Sheperd v. United States, 125 S.Ct. 1254 (2005). Even under § 2241 a COA is not required.

RESPECTFULLY SUBMITTED,

Date: August 26, 2005
www.vote-smart.org

*Keith Judd*
KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE
I declare under penalty of perjury pursuant to Fed.R.App.P., Rule 4(c)(1), that on *August 26, 2005* I mailed this to:
1.) *U.S. District Court, 333 Constitution Ave, NW, Washington D.C. 20001*

By *Keith Judd*

FEC#C00302919.at.1-800-424-9530                              U.S. Passport No. 132617459



# United States District Court

Western District of Texas
200 E. Wall Street, Suite 101
Midland, Texas 79701

**Chambers of**
**Robert Junell**
**Judge**

**Telephone:**
(432) 686-4020

February 8, 2005

Keith Russell Judd
BOP # 11593-051
Allenwood FCI
Post Office Box 1000
White Deer, PA 17887

Dear Mr. Judd:

I recently received a motion from you entitled "Motion for Immediate Pretrial Bail Under *Booker* and *Fanfan*" and a letter requesting legal advice.

On February 3, 2004, the United States Court of Appeals for the Fifth Circuit entered an order directing the clerks of all the district courts within Fifth Circuit to refuse to file any action, appeal, motion, or pleading submitted by you unless you also submitted proof of the satisfaction of the monetary sanctions imposed against you. You have not demonstrated that you have satisfied the sanctions levied against you and therefore your pleading cannot be filed at this time. The motion shall be placed in your file, though, and will be considered <u>when and if</u> you pay in full the sanctions imposed against you by the Fifth Circuit Court of Appeals.

Further, as a district judge I cannot issue advisory opinions. Therefore, I cannot address your letter requesting legal advice.

Robert A. Junell
United States District Judge

RAJ:shc



**UNITED STATES GOVERNMENT**
Department of Justice
Low Security Correctional Institution
Allenwood Federal Correctional Complex
White Deer, PA 17887

## REQUEST FOR ADMINISTRATIVE REMEDY
### PART B - RESPONSE

JUDD, Keith Russell
REG. NO.: 11593-051
REMEDY ID: 323581-F1

I am in receipt of your Request for Administrative Remedy wherein you ask the Bureau of Prisons to notify the courts and other agencies that you cannot mail your administrative remedies, appeals, briefs and motions in a timely matter due to the fact that court ordered filing fees are being deducted from your inmate trust fund account without your consent. In addition, you indicate that you are being denied postage stamps unfairly and outside of federal statute.

Investigation into this matter reveals four monthly payments for filing fees are being deducted from your inmate Trust Fund Account. These fees are being deducted in accordance with Judicial orders provided to the Bureau of Prisons by various U.S. Courts of Appeals. The funds are ordered to be deducted at the rate of 20% of the preceding month's pay each time your account exceeds $10.00.

According to Program Statement 5265.11, Correspondence, "an inmate who has neither funds nor sufficient postage, who wishes to mail legal mail or Administrative Remedy forms, will be provided the postage stamps for such mailing". However, policy further states that in making the determination as to whether an inmate is without funds, an inmate without enough money in his inmate trust fund account to purchase a postage stamp to mail a first-class, one ounce domestic letter is considered to meet this definition. As you have had $10.00 each month in your inmate account to be used in any fashion you desire, you do not meet the definition of an inmate without funds and can afford to mail a reasonable amount of legal material each month.

Your request for Administrative Remedy is denied. If you are dissatisfied with the above findings, you may submit a Regional Appeal via Form BP-230(13), to the Northeast Regional Director within twenty calendar days from the date of this response.

_02-10-04_
Date

_Craig Apker, Warden_

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Jackson | 3-2-4 |
| FROM: Keith Russell Judd | REGISTER NO.: 11593-051 |
| WORK ASSIGNMENT: Smoke Room Supply Room Orderly | UNIT: Gregg-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

In Administrative Remedy No. 323581-F1, on February 10, 2004, you stated, "The funds are ordered to be deducted at the rate of 20% of the preceding month's pay each time your account exceeds $10.00." You further state that I have had "$10.00 each month" in my inmate account.

I cannot figure why 100% over $10.00 is being deducted each month.

Thank You,

(Do not write below this line)

DISPOSITION:

This can be addressed by your Unit team.

Because you have numerous orders requiring the same thing & not enough $ to complete your obligations

Signature Staff Member: Thanchey, Actg UM

Date: 3-04-04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper