# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5289**  **September Term, 2004**

05cv01152

**Filed On:**

Keith Russell Judd,
    Appellant

v.

United States of America,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG 2 2 2005

CLERK

**O R D E R**

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, and of the motion for certificate of appealability filed in district court on June 30, 2005, it is

**ORDERED**, on the court's own motion, that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). The district court shall promptly notify this court upon its issuance of a certificate of appealability or statement why a certificate should not issue. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court.

                                                FOR THE COURT:
                                                Mark J. Langer, Clerk

                                       BY: *[signature]*
                                                Elizabeth V. Scott
                                                Deputy Clerk