IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Keith Russell Judd For President of USA,

v.

United States of America, Respondent.

No. 05-CV-1152



MOTION TO ALTER OR AMEND OCTOBER 3, 2005, ORDER DENYING COA; Fed.R.Civ.P., Rule 59(e)

Petitioner, Judd, Pro Se, hereby moves this Court to Alter or Amend the October 3, 2005, Order Denying a Certificate of Appealability. Fed.R.Civ.P., Rule 59(e).

I am denied my Constituional Due Process Rights which gives me a Right to be Heard. Under Fed.R.Civ.P., Rule 60(b), I may obtain relief from a judgment by motion, or by an Independent Action. Since I am only attacking the Texas 28 U.S.C. § 2255 Judgment as VOID for lack of jurisdiction, relief may be granted under Fed.R.Civ.P., Rule 60(b); Gonzales v. Crosby, 162 L.Ed.2d 480 (2005); Goland v. CIA, 607 F.2d 339, 373 (D.C.Cir. 1978)(independent action under Rule 60(b).

There is a CONFLICT OF INTEREST in the Fifth Circuit and the Western District of Texas which denies my Due Process Right to be Heard. (See attached hereto, Judd v. USDCWDTx, et al., D.C.Circuit No. 05-5356, September 29, 2005, Order on Pretrial Appeal in this Court)( See also attached hereto, July 26, 2005, Letter from the Clerk as to lost record in Judd v. USDC, et al.,No. MO-98-CA-167, in USDCWDTx). See then, United States v. Avilez-Reyes, 160 F.3d 258 (5th Cir. 1999)(Judge should recuse himself in case where attorney testified against Judge in disciplinary hearing).I have timely filed and raised the jurisdictional and other issues, but no decision on the merits.

RESPECTFULLY SUBMITTED,

Date: October 12, 2005
www.vote-smart.org

*Keith Judd*
KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE
I declare under penalty of perjury pursuant to Fed.R.App.P., Rule 4(c)(1), that on October 12, 2005, I mailed this to: U.S. District Court, 333 Constitution Ave., N.W. Washington, D.C., 20001 By *Keith Judd*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5356**             **September Term, 2005**

05cv00780

Filed On:

Keith Russell Judd,
    Appellant

v.

United States District Court for the Western District of Texas, et al.,
    Appellees



### ORDER

Upon consideration of the notice of appeal, it is

**ORDERED** that appellant show cause, within 30 days of the date of this order, why he should not be required to pay the full appellate filing fee before the court will consider his appeal. See 28 U.S.C. § 1915(g); see also Judd v. FEC, No. 00-1064 (order filed July 28, 2000). The response to the order to show cause may not exceed 20 pages, and appellant's failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Circuit Rule 38.

The Clerk is directed to send a copy of this order, and a copy of the order filed July 28, 2000, in No. 00-1064, to appellant by whatever means necessary to ensure receipt.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

                     BY: *Elizabeth V. Scott*
                                              Elizabeth V. Scott
                                              Deputy Clerk

**United States District Court**
Western District of Texas
Midland-Odessa Division
200 East Wall, Room 107
Midland, Texas 79701-5217

William Putnicki
Clerk of Court

(432) 686-4001

July 26, 2005

Keith Russell Judd
Reg. #11593-051
F.C.I. Allenwood
P. O. Box 1000
White Deer Pennsylvania 17887

Re:   Judd v. U.S. District Court
      Civil Action MO-98-CR-167

Dear Sir:

In response to your letter of June 27, 2005, we can provide you with copies of documents 43-100 and 105, 106. Document 101-104 having been returned to you per court order. Unfortunately, documents 1 through 43 have been lost in the mail pursuant to your many appeals and cannot be retrieved.

The cost of the documents in our possession plus a docket sheet are $44.00. Your check/money order needs to be made payable to "Clerk, U.S. District Court."

Sincerely,

WILLIAM G. PUTNICKI, Clerk

*Mendenhall*
By: Deputy Clerk

:sm